## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

| | | |
|---|---|---|
| **ROGER CARROLL** | : | |
| | : | |
| **PLAINTIFF** | : | Civil Action No. 1:18CV-00112-GNS |
| v. | : | |
| | : | |
| **MIDLAND FUNDING, LLC, et al.** | : | |
| | : | |
| **DEFENDANTS** | : | |
| | : | |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the "Joint Stipulation of Dismissal With Prejudice" (DN 12);

IT IS ORDERED that said action is DISMISSED with prejudice from the docket, and each of the parties shall bear their own costs and attorney fees.

Greg N. Stivers, Chief Judge
United States District Court

December 19, 2018

cc: Counsel of Record